```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                         NORTHERN DIVISION
                            AT ASHLAND
```

CASE NO. 13-cr-22-DLB                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA,                                             PLAINTIFF,

VS:                                     MOTION

ROBERT L. EVANS                                                       DEFENDANT.

                        ** ** ** ** ** ** **

      Comes now the Defendant, Robert L. Evans, by and through counsel, and pursuant to 18 U.S.C. §3552(b) asserts that it would be in the best interest of the Court and the Defendant before imposing final sentencing to have the Defendant examined pursuant to the provisions of 18 U.S.C. §3552(c).  This request is being made as the Defendant has, in the past, exhibited mental deficiencies not only related to his drug abuse, but also due to the fact that, according to his family, he has suffered numerous blows to the head, including a baseball bat and a billy stick.  Furthermore, the undersigned was asked by the Honorable Michael Campbell if there was problems with the client and the Court had the opportunity to observe his mannerisms which suggest that although he is competent, he does suffer from a illness directly related to his mental condition.  The Defendant submits that all of this is relevant and an important factor for the Court to consider in fashioning a sentence that is appropriate, taking into consideration 18 U.S.C. §3553(a)(1) as it relates to the history and characteristic of this individual.

WHEREFORE, the Defendant prays that a presentence study and report be granted.

                                      CURTIS LEGAL SERVICES, PSC
                                      1212 Bath Avenue, Suite 620
                                      P. O. Box 1455
                                      Ashland, KY 41105-1455
                                      Telephone (606)324-5435
                                      Facsimile (606)324-5496


                                      /s/ Michael J. Curtis
                                      MICHAEL J. CURTIS

                          CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send the Notice of Electronic Filing to:

Anthony J. Bracke, U.S. Attorney, Ft. Mitchell, Kentucky

                                      /s/ Michael J. Curtis
                                      MICHAEL J. CURTIS