# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# ASHLAND

CRIMINAL NO. 13-22-S-DLB-2

UNITED STATES OF AMERICA                                             PLAINTIFF

VS.           **RESPONSE TO MOTION FOR EXAMINATION**

ROBERT L. EVANS                                                     DEFENDANT

\* \* \* \* \*

The United States does not oppose the motion for an examination pursuant to 18 U.S.C. § 3552(b).

                                             Respectfully submitted,

                                             KERRY B. HARVEY
                                             UNITED STATES ATTORNEY

                                             /s/ Anthony J. Bracke
                                             Assistant United States Attorney
                                             207 Grandview Drive, Suite 400
                                             Ft. Mitchell, Kentucky 41017-2762
                                             (859) 655-3200
                                             E-mail: Anthony.Bracke@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send the notice of electronic filing to counsel of record.

                                             /s/ Anthony J. Bracke